WILLIAM J. LOIKA ET AL., COADMINISTRATORS
(ESTATE OF CHEYENNE I. LOIKA) *v.* AETNA
CASUALTY AND SURETY COMPANY ET AL.

The defendant Aetna Casualty and Surety Company's petition for certification for appeal from the Appellate Court, 39 Conn. App. 714 (AC 13777), is denied.

*Rodd J. Mantell,* in support of the petition.

*Robert P. Dutcher,* in opposition.

Decided January 17, 1996

JAMES RANDALL DAVIS *v.* COMMISSIONER
OF CORRECTION

BERDON, J., dissenting. I would grant the petitioner's petition for certification to appeal.

*Mary Miller Haselkamp,* assistant public defender, in support of the petition.

*Lawrence J. Tytla,* assistant state's attorney, in opposition.

Decided January 17, 1996